# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLEMENTINA ORTIZ MEJIA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: CV- |
| | ) |
| **CITY OF BIRMINGHAM, BRANDON JONES, and LUXE ULTRA LOUNGE,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

**I.  INTRODUCTION**

1. This is an action for declaratory judgment, equitable relief, and money damages instituted to secure the protection and redress the deprivation of rights secured through 42 U.S.C. §1983 and compensate the Plaintiff for a common law assault. Plaintiff seeks attorneys' fees and costs pursuant to 42 U.S.C. §1988.

2. Plaintiff demands a trial by struck jury.

**II.  JURISDICTION and VENUE**

3. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331.

4. The events that serve as the basis of Plaintiff's claim occurred in Jefferson County, Alabama, within the six months preceding the filing of Plaintiff's Complaint.

5. Venue is proper pursuant to 28 U.S.C. § 1391.

6. Plaintiff delivered a statutory notice of claim to the Clerk for the City of Birmingham on June 3, 2022.

**III.   PARTIES**

7. Plaintiff is over the age of nineteen and a resident of Alabama.

8. The City of Birmingham is a municipality organized under the laws of the State of Alabama and located in Jefferson County, Alabama.

9. Brandon Jones is over the age of nineteen and a resident of the State of Alabama. At all times pertinent to this action, Brandon Jones was acting as a law enforcement officer for the City of Birmingham Police Department. Brandon Jones is being sued in his individual and official capacity.

10. Luxe Ultra Lounge is an entity doing business at 300 24th Street, Birmingham, in Jefferson County Alabama.

**IV.   FACTS and CAUSES OF ACTION**

11. On December 11, 2021, Plaintiff Clementina Mejia was a patron of Luxe Ultra Lounge located at 300 24th Street North in Birmingham, Alabama.

12. Mejia paid a cover charge to enter Luxe Ultra Lounge and was issued a wrist band.

13. Just before 2:00 a.m. on December 11, 2021, Mejia exited Luxe Ultra Lounge to get some money out of her automobile.

14. Just before 2:00 a.m. on December 11, 2021, Mejia attempted to re-enter Luxe Ultra Lounge and was denied admission.

15. At 2:00 a.m. on December 11, 2021, Brandon Jones was providing security for Luxe Ultra Lounge while dressed as a Birmingham Police Officer.

Clementina Mejia
Complaint
Page 3 of 7

_____

16. At approximately 2:00 a.m. on December 11, 2021, Brandon Jones attempted to physically remove Mejia from the Luxe Ultra Lounge premises, under color of law, by repeatedly hitting her in the face with a closed fist.

17. Plaintiff Mejia has a clearly established right not to be repeatedly punched in the face by a law enforcement officer.

18. Brandon Jones violated Mejia's civil rights by repeatedly punching her in the face.

19. Mejia suffered physical pain, emotional distress, and mental anguish as a result of the unlawful acts of Brandon Jones.

20. At approximately 2:00 a.m. on December 11, 2021, Brandon Jones placed Mejia under arrest without probable cause..

21. Mejia has a clearly established constitutional right to not be placed under arrest without probable cause.

22. Brandon Jones violated Mejia's civil rights by arresting her without probable cause.

23. Mejia suffered emotional distress and mental anguish as a result of the unlawful arrest by Brandon Jones.

24. On December 11, 2021, Meija was taken to the Birmingham City Jail.

25. The City of Birmingham detained Meija in jail against her will on December 11, 2021.

26. Mejia has a clearly established constitutional right not to be unlawfully detained in jail.

27. The City of Birmingham violated Mejia's civil rights by detaining her in the City Jail.

28. Mejia suffered mental anguish as a result of being unlawfully detained in the Birmingham Jail against her will.

## COUNT I

29. Plaintiff incorporates paragraphs 1-26 as if set out in there entirety herein.

30. At approximately 2:00 a.m. on December 11, 2021, Brandon Jones attempted to physically remove Mejia from the Luxe Ultra Lounge premises, under color of law, by repeatedly hitting her in the face with a closed fist.

31. Plaintiff Mejia has a clearly established constitutional right not to be repeatedly punched in the face by a law enforcement officer.

32. Brandon Jones violated Mejia's civil rights by repeatedly punching her in the face.

33. Mejia suffered physical pain, mental anguish, and emotional distress as a result of being repeatedly punched in the face by Brandon Jones.

34. At all times pertinent to this action, Brandon Jones was acting on behalf of the City of Birmingham as a law enforcement officer.

WHEREFORE, Plaintiff seeks a judgment against Defendants Brandon Jones and the City of Birmingham for compensatory and punitive damages for repeatedly punching Plaintiff in the face, under color of law in violation of 42 U.S.C. §1983.

## COUNT II

35. Plaintiff incorporates paragraphs 1-26 as if set out in there entirety herein.

36. At approximately 2:00 a.m. on December 11, 2021, Brandon Jones unlawfully detained Mija and placed her under arrest without probable cause.

37. Plaintiff Mejia has a clearly established constitutional right not to unlawfully detained or arrested without probable cause.

38. Brandon Jones violated Mejia's civil rights by unlawfully detaining her and placing her under arrest without probable cause.

39. At all times pertinent to this action, Brandon Jones was acting on behalf of the City of Birmingham as a law enforcement officer.

40. Mejia suffered physical pain, emotional distress, and mental anguish as a result of the unlawful acts committed by Brandon Jones.

WHEREFORE, Plaintiff seeks a judgment against Brandon Jones and the City of Birmingham for compensatory and punitive damages for unlawfully detaining and arresting her, under color of law, in violation of 42 U.S.C. §1983.

## COUNT III

41. Plaintiff incorporates paragraphs 1-26 as if set out in there entirety herein.

42. The City of Birmingham unlawfully detained Mia in the Birmingham Jail against her will on December 11, 2021.

43. Mejia has a clearly established constitutional right not to be unlawfully detained in jail.

44. The City of Birmingham violated Mejia's civil rights by unlawfully detaining her in the City Jail.

45. Mejia has suffered emotional distress and mental anguish as a result of being unlawfully detained by the City of Birmingham.

WHEREFORE, Plaintiff seeks a judgment the City of Birmingham for compensatory and punitive damages for unlawfully detaining her in the city jail in violation of 42 U.S.C. §1983.

## COUNT IV

46. Plaintiff incorporates paragraphs 1-26 as if set out in there entirety herein.

47. At approximately 2:00 a.m. on December 11, 2021, Brandon Jones attempted to physically remove Mejia from the Luxe Ultra Lounge premises, under color of law, by repeatedly hitting her in the face with a closed fist.

48. Brandon Jones was hired by the Luxe Ultra Lounge to provide security for the Luxe Ultra Lounge.

49. Brandon Jones was acting within the line and scope of his employment with Luxe Ultra Lounge and for the benefit of Luxe Ultra Lounge when he repeatedly struck Meija in the face with his fist.

50. Mejia suffered physical pain, mental anguish, and emotional distress as a result of being repeatedly punched in the face by Brandon Jones.

Clementina Mejia
Complaint
Page 7 of 7

_____

WHEREFORE, Plaintiff seeks a judgment against Luxe Ultra Lounge for pain and suffering, emotional distress, and mental anguish resulting from the assault of Brandon Jones who was acting as the agent of Luxe Ultra Lounge.

## V. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that this Court will take jurisdiction over this action and after a trial on the merits:

A. Issue a declaratory judgment that Brandon Jones and the City of Birmingham have violated the civil rights of the Plaintiff as secured by the United States Constitution;

B. Grant Plaintiff a permanent injunction enjoining the Defendants, their agents, successors, employees, attorneys, and those acting in concert with Defendants and at the Defendants' request from continuing to violate Plaintiff's federally protected rights;

C. Enter an Order requiring the Defendants to make the Plaintiff whole by awarding Plaintiff compensatory damages and punitive damages; and

D. Plaintiff further prays for such other relief and benefits as the cause of justice may require including, but not limited to an award of costs, attorneys' fees, and expenses.

                        Respectfully submitted,

                        Scott A. Gilliland
                        Attorney for Plaintiff
                        400 Vestavia Parkway, Suite 100
                        Vestavia Hills, AL 35216
                        (205) 978-8800
                        scott@scottgilliland.net

PLEASE HOLD SERVICE